US District court clerk is confused about the NEW CASE status of submissions and which case is which.

1:25-cv-12235 is against Camden Superior Court and 1:25-cv-12063 is against Thomas Shusted, the disposition of 12063 incorrectly cites an injunction filed in 12235 to halt all eviction proceedings in the state of NJ as associated with 12063, which is a claim about judicial conduct, 1. That Shusted ruled inappropriately on a Landlord Tenant case that is demonstrated to be anti-LGBTQ/anti-tenant harassment, 2. That such conduct, as such for any LT judge ruling in a case that involves harassment, constitutes complicity/accessory in a crime, and 3. That as such Shusted, and as such for any LT judge ruling in a case that involves harassment, is further civilly liable and that the court is civilly liable, as a precedent

the disposition of 12235 failed to recognize the corruption claim, which is, 1. That the transfer of Camden cases to Burlington is intended to obstruct the complainant's access to civil process, 2. That Polansky, that granted the initial transfer for CAM-L-2037-25 Krol V Thomas Shusted Jr is part of the Norcross Enterprise, according to the AG, where Norcross and Redd are indicted for racketeering, and, 3. That Shusted's financial disclosure statement for 2023 is incomplete.  The 1st District court then failed to grant subpoenas for financial data for Polansky, Shusted and Silverman Katz.  The court failed to recognize an injunction filed to halt evictions in NJ, citing corruption including anti-tenant financial/SES bias

the further civil cases submitted, cited in disposition for 12235 as "600 pages" are intended, 1. As New Cases in 1st District court since Burlington is intended to block civil action, and, 2. As evidence in 12235

Further, please stop sending mail to 106 Linden St until the LT case BUR-LT-002822-25 is resolved as violent agents of the landlord may receive the mail.  And the motion day for 12063 is unfairly set distantly in Sept.